

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

| |
|---|
| **MEMO ENDORSED** |

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2018

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  November 26, 2018

    Re:    *United States* v. *Steven Brown, et al.*, S12 15 Cr. 608 (KPF)

Dear Judge Failla:

    The Government respectfully submits this letter to request an adjournment of the pretrial conference currently scheduled for December 10, 2018 at 3:00 p.m.  On November 13, 2018, the Government submitted a letter to Your Honor providing an update on the status of discovery productions to date, and requesting an extension of the discovery deadline through the end of December 2018.  The Government has now spoken to counsel for all defendants, who consent to the extension of the discovery deadline as set forth in the November 13 letter.  In addition, all parties agree that the December 10 pretrial conference should be adjourned, and the parties respectfully request that the Court set a new pretrial conference date at a date and time convenient for the Court in January 2019.  Finally, the Government also respectfully requests that the time between today and the date set by the Court for the pretrial conference be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(a), because the ends of justice outweigh the defendants' interest and the public's interest in a speedy trial.  The exclusion will serve the ends of justice, in that it will permit the defendants to continue their review of the discovery and consider potential motions, and will allow the parties to continue discussions regarding potential pre-trial dispositions of the charges in this case.  The Government has conferred with all defense counsel, who have consented to the adjournment of the conference and to the exclusion of time on behalf of their respective clients.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    ___/s/Jason Swergold_____
    Jessica Lonergan / Maurene Comey /
    Jason Swergold
    Assistant United States Attorneys
    (212) 637-1038 / 2324 / 1023

cc:    All counsel of record (by ECF)

Application GRANTED.  The discovery deadline previously scheduled for December 10, 2018, is hereby extended until **December 31, 2018.**  The pretrial conference scheduled for  December 10, 2018, is hereby ADJOURNED until **January 31, 2019, at 10:00 a.m.**  Accordingly, it is ORDERED that the time between today and January 31, 2019, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:     November 26, 2018         SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE